DATE: 5/28/2008    CASE NUMBER: 08-15798M-SD

**CLOSED**

USA vs. Jose Luis Sierra-Manzo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____  INTERPRETER Ricardo Gonzalez
                                        LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 5/21/08         ☐ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn       ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)      ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of complaint. Defense does not object. Court dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/23/08            CASE NUMBER: 08-15798M-SD

USA vs. Jose Luis Sierra-Manzo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____          INTERPRETER  Ricardo Gonzalez
                                                 LANGUAGE  Spanish
Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA  5/21/08              ☒ Initial Appearance            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ Defendant Sworn                ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>    ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:  5/28/08 at 2:30 pm<br>Before:  Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense requests that Government justify their motion. Government explains reason for motion. Court grants motion and sets status hearing.


                                                  Recorded by Courtsmart
                                                  BY:  Angela J. Tuohy
                                                  Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jose Luis SIERRA-Manzo<br>Citizen of Mexico<br>YOB: 1986<br>095734490<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 08-15798M-SD |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 20, 2008, near San Ysidro, California in the Southern District of California, Defendant Jose Luis SIERRA-Manzo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Carlos Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 23, 2008                                at              Yuma, Arizona
Date                                                        City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                            Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:              Jose Luis SIERRA-Manzo

Dependents:             1 USC

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. **The Defendant has two (2) prior arrest by the Border Patrol.**

**CRIMINAL HISTORY:**      None found.

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 06/12/05 | Norwalk, CA | Minor in Poss. of Alcohol | None Found |
| 09/18/05 | Norwalk, CA | 1) Robbery | Dismissed |
|  |  | 2) Force ADW Not Firearm | Dismissed |
| 04/27/08 | Ventura, CA | 1) DUI | None Found |
|  |  | 2) Drive w/o License | None Found |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on May 20, 2008.

Charges:   8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____May 23, 2008_____        _____
Date                                       Signature of Judicial Officer